UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TCYK, LLC,

    Plaintiff,

v.                                                CASE NO.: 8:13-cv-2212-T-23TGW

DOE 193,

    Defendant.

_____/

**ORDER**

On August 27, 2013, the plaintiff sued (Doc. 1) the defendant. Rule 4(m), Federal Rules of Civil Procedure, permits the plaintiff 120 days from the filing of the complaint to serve the defendant. The time for the plaintiff to serve the defendant expired on December 27, 2013.

"Rule 4(m) requires that, before the court may dismiss for failure to serve, the plaintiff must be given notice of the possibility of dismissal and afforded an opportunity to show good cause for the failure to serve." *Moore's Federal Practice*, Vol. 1, § 48.1[2] (3d ed. 2013). No later than **APRIL 10, 2014**, the plaintiff must show cause why this action should not be dismissed. In the response, the plaintiff must account for (1) the plaintiff's failing to serve the defendant on or before December 27, 2013, and (2) the plaintiff's failing to file a timely motion for an

extension.  Failure to adhere strictly to this order will result in dismissal without further notice for failure to prosecute.

ORDERED in Tampa, Florida, on April 3, 2014.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE