UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TCYK, LLC,

    Plaintiff,

v.                                  CASE NO: 8:13-cv-2212-T-23TGW

DOE 193,

    Defendant.
_____/

## **ORDER**

The plaintiff's motion (Doc. 9) for an extension of time is **GRANTED** in part. No later than **May 15, 2014**, the plaintiff must serve process on the defendant under Rule 4, Federal Rules of Civil Procedure. **No further extension of time will issue. Failure to comply strictly with this order will result without further notice in dismissal of this action under Rules 4 and 41, Federal Rules of Civil Procedure.**

ORDERED in Tampa, Florida, on April 15, 2014.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE